# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

|  |  |
|---|---|
| 3M COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 0:12-cv-01800-DSD-FLN |
| ) | |
| COVINGTON & BURLING LLP, ) | |
| ) | |
| Defendant. ) | |

## COVINGTON & BURLING LLP'S MOTION TO DISMISS
## FOR LACK OF SUBJECT MATTER JURISDICTION

Defendant Covington & Burling LLP moves the Court to dismiss this action for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1).

Dated: August 16, 2012

s/ John W. Lundquist
Thomas Fraser (#31641)
John W. Lundquist (#65286)
Nicole M. Moen (#329435)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402
Telephone: (612) 492-7000
Facsimile: (612) 492-7077
tfraser@fredlaw.com
jlundquist@fredlaw.com
nmoen@fredlaw.com

John K. Villa (D.C. #220392)*
Joseph M. Terry (D.C. #473095)*
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000

Facsimile: (202) 434-5029
jvilla@wc.com
jterry@wc.com
*(Pro Hac Vice Pending)

*Attorneys for Defendant*
*Covington & Burling LLP*